# **Exhibit 2**

## Health Diagnostic Laboratory, Inc.
## Payment Listing for Royal Palm Beach Medical Group

| Payment Number | Payment Date | Payment Amount |
|---:|:---:|---:|
| 5568 | 1/5/2011 | $2,360.00 |
| 6108 | 2/7/2011 | $2,440.00 |
| 6938 | 3/7/2011 | $3,020.00 |
| 7652 | 4/6/2011 | $3,300.00 |
| 8403 | 5/5/2011 | $2,120.00 |
| 9341 | 6/6/2011 | $2,000.00 |
| 10446 | 7/6/2011 | $2,740.00 |
| 11471 | 8/5/2011 | $2,440.00 |
| 12516 | 9/7/2011 | $2,200.00 |
| 13695 | 10/5/2011 | $2,500.00 |
| 15123 | 11/7/2011 | $2,420.00 |
| 16304 | 12/5/2011 | $2,500.00 |
| 17582 | 1/6/2012 | $2,140.00 |
| 18796 | 2/7/2012 | $2,360.00 |
| 20670 | 3/5/2012 | $2,080.00 |
| 22222 | 4/9/2012 | $2,560.00 |
| 23773 | 5/7/2012 | $2,420.00 |
| 25442 | 6/6/2012 | $2,400.00 |
| 27259 | 7/6/2012 | $2,660.00 |
| 29057 | 8/7/2012 | $2,120.00 |
| 30952 | 9/7/2012 | $1,640.00 |
| 32461 | 9/26/2012 | $20.00 |
| 33044 | 10/9/2012 | $1,280.00 |
| 35004 | 11/6/2012 | $1,560.00 |
| 37149 | 12/6/2012 | $1,240.00 |
| 39389 | 1/7/2013 | $980.00 |
| 41601 | 2/4/2013 | $1,620.00 |
| 43568 | 3/6/2013 | $1,360.00 |
| 45941 | 4/8/2013 | $1,160.00 |
| 48161 | 5/7/2013 | $1,520.00 |
| 50673 | 6/6/2013 | $2,140.00 |
| 53013 | 7/5/2013 | $1,940.00 |

# Health Diagnostic Laboratory, Inc.
## Payment Listing for Royal Palm Beach Medical Group

| Payment Number | Payment Date | Payment Amount |
|---|---|---|
| 54750 | 7/18/2013 | $20.00 |
| 55540 | 8/5/2013 | $1,540.00 |
| 58144 | 9/5/2013 | $1,480.00 |
| 60584 | 10/8/2013 | $1,180.00 |
| 63095 | 11/5/2013 | $1,560.00 |
| 65905 | 12/3/2013 | $1,140.00 |
| 68712 | 1/7/2014 | $1,260.00 |
| 71223 | 2/11/2014 | $1,180.00 |
| 73587 | 3/6/2014 | $1,120.00 |
| 76076 | 4/4/2014 | $1,280.00 |
| 79123 | 5/5/2014 | $1,160.00 |
| 81851 | 6/5/2014 | $880.00 |
| 84511 | 7/14/2014 | $580.00 |
| | | $79,620.00 |