

# Royal Palm Beach Medical Group

**Board Certified**
**Family Practice Physician**

Brad Lipson, D.O.

May 4th 2017

Case Number : 15 - 32919 – KRH

Dear Mr. Redden,

With reference to the above proceeding, I would respectfully request an extension to file an appropriate response, as this requires me to seek counsel outside of Florida.

Please confirm extention via e mail to rpbmedical@gmail.com or US Postal Service at the address listed below.

Respectfully Submitted,

Royal Palm Beach Medical Group

and Shahmir Quraeshi



cc. Cullen Drescher Speckhart
　　Wolcott Rivers Gates
　　919 E. Main Street
　　Suite 1040
　　Richmond, VA 23219

11903 Southern Blvd. Suite 108 Royal Palm Beach, Florida 33411
Phone 561-793-1475    Fax 561-793-1478
Website: http//www.rpbmedical.com

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
## Richmond Division

| | |
|---|---|
| In re:<br><br>**HEALTH DIAGNOSTIC LABORATORY, INC.,** *et al.*,<br><br>Debtors.[1] | **Chapter 11**<br><br>**Case No.: 15-32919-KRH**<br><br>**Jointly Administered** |
| **RICHARD ARROWSMITH AS LIQUIDATING TRUSTEE OF THE HDL LIQUIDATING TRUST,**<br><br>Plaintiff,<br><br>v.<br><br>**ROYAL PALM BEACH MEDICAL GROUP, LLC,**<br>SERVE: Q MEDCARE<br>REG. AGENT<br>11903 SOUTHERN BLVD., STE. 108<br>ROYAL PALM BEACH, FL 33411-7644<br><br>and<br><br>SHAMIR QURAESHI, OWNER<br>11903 SOUTHERN BLVD., STE. 109<br>ROYAL PALM BEACH, FL 33411-7644 | **Adversary Proceeding No. 17-_____** |

---

[1] The debtors in these cases, along with the last four digits of each debtor's federal tax identification number, are: Health Diagnostic Laboratory, Inc. (0119), Central Medical Laboratory, LLC (2728), and Integrated Health Leaders, LLC (2434)(the "**Debtors**").

Richard S. Kanowitz (admitted pro hac vice)
**COOLEY LLP**
1114 Avenue of the Americas
New York, New York 10036
Telephone: (212) 479-6000
Facsimile: (212) 479-6275
Email: rkanowitz@cooley.com

*Counsel to Plaintiff Richard Arrowsmith,
Liquidating Trustee of the HDL Liquidating Trust*

Cullen D. Speckhart (VSB No. 79096)
**WOLCOTT RIVERS GATES**
919 E. Main Street, Ste. 1040
Richmond, Virginia 23219
200 Bendix Road, Ste. 300
Virginia Beach, Virginia 23452
Telephone: (757) 497-6633
Direct: (757) 470-5566
Email: cspeckhart@wolriv.com

*Counsel to Plaintiff Richard Arrowsmith,
Liquidating Trustee of the HDL Liquidating Trust*